IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

OPERATION RAINBOW-PUSH, INC.,    )
G.A. HARDAWAY, and CLEO GRAY,    )
                                 )
     Plaintiffs,                 )
                                 )
v.                               )          No. 06-2451 Ml/V
                                 )
SHELBY COUNTY ELECTION           )
COMMISSION and CITY OF MEMPHIS,  )
MEMPHIS CITY COUNCIL,            )
                                 )
     Defendants.                 )
                                 )

_____

ORDER GRANTING MOTIONS TO DISMISS
_____


        Before the Court is Intervenor Fred Davis' Motion to Dismiss

for Lack of Standing filed on July 27, 2006, as well as

Defendants' Motion to Dismiss Plaintiffs' Amended Petition for

Writ of Mandamus and Action for Declaratory Judgment, filed July

28, 2006.  To date, Plaintiffs have not filed responses.

        On December 8, 2006, the Court entered an Order to Show

Cause within 10 days why both Intervenor's and Defendants'

motions should not be granted.  Plaintiffs still have not

responded.

        It appearing that said motions are meritorious, the Court

GRANTS the motions.  This case is DISMISSED.

IT IS SO ORDERED this 22nd day of December, 2006.


   /s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE