## IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

_____

OPERATION RAINBOW-PUSH, INC.,   )
G.A. HARDAWAY, and CLEO GRAY,   )
                             )
    Plaintiffs,          )
                             )
v.                       )          No. 06-2451 Ml/V
                             )
SHELBY COUNTY ELECTION        )
COMMISSION and CITY OF MEMPHIS, )
MEMPHIS CITY COUNCIL,       )
                             )
    Defendants.          )
                             )

_____

### JUDGMENT

_____

**JUDGMENT BY COURT.**  This action having come before the Court on an Order to Show Cause,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Motions to Dismiss, entered December 22, 2006, this case is DISMISSED.


APPROVED:


/s/ Jon P. McCalla
_____
JON P. McCALLA
UNITED STATES DISTRICT COURT


December 22, 2006
_____
Date